HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELIA RODRIGUEZ, | Case No: C09-04557 PVT |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, March 8, 2010 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: February 2, 2010        /s/
                               DANIEL P. TALBERT
                               Special Assistant U.S. Attorney


Dated: February 2, 2010        /s/
                               HARVEY P. SACKETT
                               Attorney for Plaintiff
                               BELIA RODRIGUEZ

IT IS SO ORDERED.


Dated: 2/3/10
                               *Patricia V. Trumbull*
                               HON. PATRICIA V. TRUMBULL
                               United States Magistrate Judge

2

STIPULATION AND ORDER