1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DANIEL P. TALBERT, SBN OH 84088
4  Special Assistant United States Attorney
5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone:  (415) 977-8926
         Facsimile:  (415) 744-0134
7        E-Mail: Daniel.Talbert@ssa.gov
8
   Attorneys for Defendant
9

10                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 BELIA RODRIGUEZ,                )      CIVIL ACTION NO. 09-04557-PVT
        Plaintiff,                 )
13                                 )      ORDER ON
   v.                              )      STIPULATION FOR REMAND
14                                 )      PURSUANT TO SENTENCE FOUR
   MICHAEL J. ASTRUE,              )      OF 42 U.S.C. § 405(g), AND REQUEST
15 Commissioner of Social Security,)      FOR JUDGMENT IN FAVOR OF
        Defendant.                 )      PLAINTIFF AND AGAINST DEFENDANT
16 _____)
17

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel

19 of record, that this action be remanded to the Commissioner of Social Security for further

20 administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

21 § 405(g), sentence four.

22         On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the

   following actions:
23         The ALJ will grant Plaintiff a new hearing, and Plaintiff may submit new evidence.  The ALJ

24 will conduct a de novo review of the evidence, including Plaintiff's subjective complaint testimony

25 and the medical evidence.  Furthermore, the ALJ will obtain the testimony of a medical expert to

26 review the medical evidence relating to the period prior to March 30, 2006, and provide guidance

27 regarding the nature and severity of Plaintiff's impairments and Plaintiff's date of onset.

28

                                            -1-

1

2     The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

3

4                                         Respectfully submitted,

5    Dated: April 28, 2010          */s/ Harvey P. Sackett*
                                     (as authorized via e-mail)
6                                    HARVEY P. SACKETT
                                     Attorney for Plaintiff
7
                                     JOSEPH P. RUSSONIELLO
8                                    United States Attorney

9
     Dated: April 28, 2010          By *s/ Daniel P. Talbert*
10                                   DANIEL P. TALBERT
                                     Special Assistant U.S. Attorney
11
                                     Attorneys for Defendant
12

13
                                     ORDER
14

15   APPROVED AND SO ORDERED:

16   DATED:_____4/29/10_____     ~Patricia V. Trumbull~
17                                       PATRICIA V. TRUMBULL
                                         UNITED STATE MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28