```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 84088
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone: (415) 977-8926
        Facsimile: (415) 744-0134
        E-Mail: Daniel.Talbert@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELIA RODRIGUEZ,           )<br>         Plaintiff,          )<br>                              )<br>         v.                  )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of Social Security, )<br>         Defendant.         )<br>_____) | CIVIL NO. 09-04557-PVT<br><br>STIPULATION AND ORDER FOR<br>THE AWARD OF ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND dollars and 0 cents ($4,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND dollars and 0 cents ($4,000.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff

may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

    Respectfully submitted June 10, 2010.

                                        Respectfully submitted,

Dated: June 10, 2010                 _s/_____
                                      (As authorized via email)
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Date: June 10, 2010                  By _s/ Daniel P. Talbert_
                                      DANIEL P. TALBERT
                                      Special Assistant U. S. Attorney

                                      Attorneys for Defendant Michael J. Astrue

                                      <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:    _June 11, 2010_         /s/ Patricia V. Trumbull
                                      PATRICIA V. TRUMBULL
                                      UNITED STATES MAGISTRATE JUDGE